45 So.2d 482

## Will Henry BROADWAY v. STATE.

### 4 Div. 593.

Supreme Court of Alabama.

March 30, 1950.

John C. Walters, of Troy, for petitioner.

A. A. Carmichael, Atty. Gen., and MacDonald Gallion, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Will Henry Broadway for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Broadway v. State, 45 So.2d 480.

Writ denied.

BROWN, LIVINGSTON and SIMPSON, JJ., concur.

---

45 So.2d 322

## William Hugh MORRIS et al. v. STATE.

### 6 Div. 37.

Supreme Court of Alabama.

March 30, 1950.

A. A. Carmichael, Atty.Gen., and Jas. T. Hardin, Asst. Atty. Gen., for the petition.

Beddow & Jones, of Birmingham, opposed.

LIVINGSTON, Justice.

This is a petition for certiorari to the Court of Appeals filed by the Attorney General for the State, to review and revise the judgment and decision of that Court in the case of Morris et al. v. State, 45 So.2d 318.

After a careful consideration of the opinion and all matters before us for review, we are persuaded the petition must be denied.

Writ denied.

BROWN, SIMPSON and STAKELY, JJ., concur.